proper allegations, but if not, the jurisdiction was waived by defendant's appearance and answer without raising that question. (*Meyers* v. *American Locomotive Co.*, 201 N. Y. 163.)   Present — Mills, Rich, Putnam, Blackmar, and Kelly, JJ.

Robert J. Hock, as Sole Surviving Executor, etc., Respondent, v. Frederick B. Hock, Individually and as Executor, etc., Appellant, and Others, Defendants.— Motion denied, with leave to appellant to move at Special Term under section 1331 of the Code of Civil Procedure.   Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Application of Remsen B. Decker for Payment of Award for Parcel No. 2, in Proceeding to Acquire Title, etc.   Liberty Avenue and Carlisle Street, Fourth Ward, Borough of Queens, etc.— Matter referred to the Hon. Lester W. Clark as official referee, to hear and report. Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.

Rosario Mirabilio and Another, as Administrators, etc., Respondents, v. The New York Central Railroad Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied.   Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.

Charles Morschauser, Respondent, v. George Ringler & Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.

Samuel Peltz, Appellant, v. Max D. Diamond, Respondent.— Motion denied on condition that appellant perfect the appeal, place the case on the calendar for the April term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.

Samuel Peltz, Appellant, v. Nathan Rosenberg, Respondent.— Motion denied on condition that appellant perfect the appeal, place the case on the calendar for the April term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.

Martin P. Plumb, Respondent, v. Richmond Light and Railroad Company, Appellant, and Another, Defendant.— Motion for leave to appeal to the Court of Appeals granted.   Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.

Louis Dean Speir, as Executor, etc., Plaintiff, v. Rosalie Wheeler Benvenuti and Others, Defendants.— Motion for reargument granted, and case set down for Tuesday, April 12, 1921.   Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.

Charles P. McConnell, Appellant, v. Theodore A. Hellwig and Others, Doing Business under the Firm Name and Style of Hellwig & Reutter, Respondents.— Judgment and order unanimously affirmed, with costs.   The question of fact considered upon the former appeal (*McConnell* v. *Hellwig*, 190 App. Div. 244) was submitted to the jury on the trial which resulted in the judgment now appealed from, and was decided in favor of defendants.   No opinion.   Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.